COMMISSIONERS OF THE STATE INSURANCE FUND, Respondents, *v.* JOHN HUMM, JR., as Executor of JOHN HUMM, SR., Defendant, and E. W. BLISS Co., Appellant.

Submitted April 9, 1945; decided April 19, 1945.

*Harold V. Angevine* and *George A. Garvey* for motion.
*Harry Schechter* and *Bernard Katzen* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.